B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Pranah Storage Technologies, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>Marner Storage Technologies, Inc. |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>20-3736486 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>c/o Martin Fenner<br>402 North Main Street, 3rd Floor, Stillwater, MN  55082 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Washington County                    ZIP CODE<br>                                                                               55082 |                                                                            ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Pranah Storage Technologies, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Garry N. Lowenthal_
Signature of Petitioner or Representative (State title)
Garry N. Lowenthal                          06/30/2010
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
2551 38th Avenue NE, #135
Minneapolis, MN 55421

x _____
Signature of Attorney                       Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Robert Randall, President
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
R3ware, Inc. 529 Clover Leaf Dr., Golden Valley, MN 55422 (R. Randall)

x _____
Signature of Attorney                       Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _/s/ Michael Brown_
Signature of Petitioner or Representative (State title)
Michael Brown, CEO                          7/1/2010
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
ASI Comm., Mike Brown
13782 Guild Avenue,
Apple Valley, MN 55124

x _____
Signature of Attorney                       Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Garry Lowenthal, 2551 38th Ave. NE #135, Mpls, MN 55421 | (Secured) Labor and Other Debt | 204,898.38 |
| R3ware, Inc. 529 Clover Leaf Dr., Golden Valley, MN 55422 | Labor and Other Fees | 7,500.00 |
| ASI Comm, MBrown, 13782 Guild Av, Apple Valley, MN 55124 | Professional Services | 6,639.81 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 504,570.25 |

_3_ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Garry N. Lowenthal       06/30/2010<br>Name of Petitioner           Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>2551 38th Avenue NE, #135<br>Minneapolis, MN 55421 | x_____<br>Signature of Attorney         Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x /s/ Robert Randall, President<br>Signature of Petitioner or Representative (State title)<br>Robert Randall, President    6/30/2010<br>Name of Petitioner           Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>R3ware, Inc. 529 Clover Leaf Dr., Golden Valley, MN 55422 (R. Randall) | x_____<br>Signature of Attorney         Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Michael Brown, CEO<br>Name of Petitioner           Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>ASI Comm., Mike Brown<br>13782 Guild Avenue,<br>Apple Valley, MN 55124 | x_____<br>Signature of Attorney         Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Garry Lowenthal, 2551 38th Ave. NE #135, Mpls, MN 55421 | Labor and Other Debt | 204,898.38 |
| R3ware, Inc. 529 Clover Leaf Dr., Golden Valley, MN 55422 | Labor and Other Fees | 7,500.00 |
| ASI Comm, MBrown, 13782 Guild Av, Apple Valley, MN 55124 | Professional Services | 6,639.81 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 504,570.25 |

____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _/s/ Michael Fagel_ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Michael Fagel, President       07/01/2010 | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | FinQuest Capital Inc. 2404 Brookview Drive, Burnsville, MN 55337 | Address |
| | | Telephone No. |

| x _/s/ Michael Fagel_ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Michael Fagel, Exec. Vice President   07/01/2010 | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Security First Int'l Inc. 2404 Brookview Drive, Burnsville, MN 55337 | Address |
| | | Telephone No. |

| x _/s/ Kevin Zimmerman_ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Kevin (Casey) Zimmerman    7/1/10 | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Kevin Zimmerman 780 Windemere Drive, Plymouth, MN 55441 | Address |
| | | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| FinQuest Capital Inc, 2404 BrookviewD, Burnsville, MN 55337 | Notes | 212,589.21 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Security First Int'l Inc, 2404 Brookview, Burnsville, MN 55337 | Labor and Notes | 34,500.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Kevin Zimmerman, 780 Windemere Dr, Plymouth, MN 55441 | Note/Loans | 25,750.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

–CONTINUATION SHEET–

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Pranah Storage Technoligies, Inc.__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a):

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Jeff Cates_

Signature of Petitioner or Representative (State title)
Jeff Cates, Vice President        07/02/2010
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Se-Tac Properties LLC,
126 2nd Street South,
Stillwater, MN 55082

x _____
Signature of Attorney        Date

Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney        Date

Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney        Date

Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Se-Tac Properties LLC, 126 2nd St. S, Stillwater, MN 55082 | Note/Lease (landlord) | 12,692.85 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached