# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Pranah Storage Technologies Inc<br><br>Debtor(s) | **SUMMONS TO DEBTOR IN INVOLUNTARY CASE**<br><br>Bky: 10–34909 – DDO |

To the debtor named above:

A petition under Title 11, United States Code was filed against you on 7/2/10, in this bankruptcy court, praying for an order for relief under 11 U.S.C. chapter 7.

You are summoned and required to file with this court and to serve upon the attorney for the petitioner(s), whose name and address is subscribed to the annexed petition, an answer under Bankruptcy Rule 1011 to the petition which is herewith served upon you, within 21 days after service of this summons and petition upon you.
**If you fail to do so, the order for relief will be entered.**

Witness my official signature
and the seal of said court at
St. Paul in District of Minnesota

Dated: 7/2/10



s/Lori Vosejpka
Clerk, United States Bankruptcy Court

By: qclinda
Deputy Clerk
United States Bankruptcy Court
200 Warren E Burger Federal Building and
US Courthouse
316 N Robert St
St Paul, MN 55101

**NOTE** – The summons with petition annexed must be served within 14 days after date issued under Bankruptcy Rules 1010 and 7004(e) but as specified in Local Rule 1010–1.

**mnbsminv** 06/02/05 – hb–pb